IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02750-MSK-KMT

XTREME COIL DRILLING CORPORATION,

    Plaintiff,

v.

EnCANO OIL & GAS (USA), INC.
PACIFIC RIM ENGINEERED PRODUCTS (1987) LTD.
KOBELT MANUFACTURING LTD., and
MAYCO INDUSTRIES GROUP,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"1297835 Alberta Ltd.'s Unopposed Motion for Leave to Designate Non Parties at Fault" (Doc. No. 29, filed April 7, 2009) is **GRANTED**.  The Clerk of Court shall file the "Designation of Nonparties at Fault" attached as Exhibit A to Document No. 29.

Dated: April 7, 2009