IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 08-cv-02750-MSK-KMT

XTREME COIL DRILLING CORPORATION,

    Plaintiff

v.

ENCANA OIL & GAS (USA), INC.
PACIFIC RIM ENGINEERED PRODUCTS (1987) LTD.
KOBELT MANUFACTURING LTD.
MAYCO INDUSTRIES GROUP,

    Defendants

---

## RESPONSE TO MOTION FOR PROTECTION

---

Plaintiff Xtreme Coil Drilling Corporation ("Xtreme") responds as follows to the Motion for Protective Order (the "Motion") filed by Defendant 1297853 Alberta Ltd.:

1.    Xtreme opposes the motion insofar as the motion seeks to require Xtreme to preserve Rig 6 in Pharr. Texas.  Rig 6 is not in Pharr, Texas, and has not been in Pharr, Texas since April 29, 2009, when it's move to Mexico was completed.  The undersigned counsel for Xtreme advised counsel for all other parties on April 8, 2009, that Rig 6 was at that time in Pharr, Texas, but was being prepared to be moved to Mexico.

2.    Rig 6 was moved to Mexico in order to provide drilling services to Weatherford de Mexico, S.A. de C.V ("Weatherford") and to comply with the provisions of a contract with Weatherford.  It is currently beginning drilling operations in the Chicontepec Field near Poza Rica, Veracruz, Mexico.

3. As all other parties have already been advised (see Exhibit "A" hereto, which is a true and correct copy of a letter sent by the undersigned to counsel for all other parties on April 9, 2009), Xtreme will make reasonable efforts to accommodate inspection of Rig 6 and testing requests with respect to Rig 6. The fact that Rig 6 is not in Mexico does not mean that such inspection and testing cannot be conducted. The Motion certainly does not provide any indication that In addition, Xtreme will agree that Rig 6 will not be moved from Chicontepec Field without at least thirty days notice to the other parties.

4. As of this time, no party has made any attempt to schedule an inspection of Rig 6 leaving some question as to how important inspection of Rig 6 is. The motion itself does not state why an inspection of Rig 6 would be useful to them in preparing their defenses in this case. While the Motion points to Xtreme's allegations that "the brakes, draw works, and certain components that existed on Rig 6 failed to stop downward movement of the top drive", the Motion fails to indicate even a belief that any of those components are on Rig 6.

5. In spite of the lack of any specific indication in the Motion of a need for inspecting Rig 6, Xtreme can agree to the entry of the requested protective order if the references to Pharr, Texas, in the proposed order are changed to Chicontepec Field near Poza Rica, Veracruz, Mexico.

Dated this 11th day of April, 2009.

S/Russell D. Weaver
Russell D. Weaver
14275 Midway Rd., Suite 220
Addison, TX 75001
Telephone: 214-774-2181
Fax: 866-372-1227
E-mail: rdw@rdwlaw.net
Attorney for Plaintiff Xtreme Coil Drilling Corporation

Certificate of Service

       I hereby certify that on May 11, 2009, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paul Joseph Lopach (paul.lopach@hro.com)
Attorney for EnCana Oil & Gas (USA) Inc.

Richard A. Waltz (dwaltz@waltzlaw.com)
Attorney for Kobelt Manufacturing, Ltd.

Mary Alice Wells (mwells@warllc.com)
Adam O'Brien (aobrien@warllc.com)
Attorneys for 1297853 Alberta Ltd.

John E. Clough (jclough@cooper-clough.com)
Jeremy L. Swift (jswift@cooper-clough.com)
Attorneys for Pacific Rim engineered Products (1987), Ltd.

                                                S/Russell D. Weaver
                                                Russell D. Weaver