# Russell D. Weaver • Attorney at Law

14275 Midway Road, Suite 220, Addison, Texas 75001 • Phone: 214-774-2181 • Fax: 972-692-8801
Email: rdw@rdwlaw.net • Web: www.rdwlaw.net

April 9, 2009

| | |
|---|---|
| Mr. Richard A. Waltz<br>The Waltz Law Firm<br>1660 Lincoln Street, Suite 2510<br>Denver, Colorado 80264<br>**By First-Class Mail and Email to**<br>**dwaltz@waltzlaw.com** | Mr. Paul J. Lopach<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, Colorado 80203<br>**By First-Class Mail and Email to**<br>**Paul.Lopach@hro.com** |
| Ms. Mary A. Wells<br>Wells, Anderson & Race, LLC<br>1700 Broadway, Suite 1020<br>Denver, Colorado 80290<br>**By First-Class Mail and Email to**<br>**MWells@warllc.com** | Mr. John E. Clough<br>Cooper & Clough, P.C.<br>1512 Larimer Street, Suite 600<br>Denver, Colorado 80202<br>**By First-Class Mail and Email to**<br>**jclough@cooper-clough.com** |

Re: *Xtreme Coil Drilling Corporation vs. EnCana Oil & Gas (USA) Inc., et al*, Case No. 08-CV-02750-MSK-CMT in the U.S. District Court, District of Colorado

Dear Counsel:

    I thought it would help to advise all of you of the current status of Rig 6 in hopes that the information will help to prevent us all from going in directions that provide little benefit in connection with the inspection of tangible property in this case.

    First, if you are interested in inspecting Rig 6, it is currently located at Parker and Company, 7801 South Jackson Rd, Pharr, Texas 78577. The closest airport is in McAllen, Texas. The rig will be there for at least the next 2 weeks.

    Second, Rig 6 arrived at this location in transport mode and is still in transport mode. That means it is not operating or operational, but partially disassembled. The draw works is not in place on the rig, but is on a separate skid. Of course, such draw works are not the same as that in place at the time of the incident mentioned in the Complaint.

    Third, the "control system" mentioned in the Incident Report I provided yesterday, is a computer program that was provided by Mayco and was installed on a Modicon computer supplied by Mayco. That computer is currently on Rig 6, but the software installed on the computer is not the same as the Mayco software that was installed at the time of the incident. The software currently in place is proprietary software that, to the extent anyone really wants to see it, will be provided only with an appropriate protective order in place. The best source for the original program, the one that was in place at the time of the incident, would most likely be Mayco.

**Russell D. Weaver • Attorney at Law**

Mr. Richard A. Waltz
Mr. Paul J. Lopach
Ms. Mary A. Wells
Mr. John E. Clough
Page 2

---

Fourth, the motor referenced in the report is in the possession of my client and is available for inspection at my client's yard in Casper, Wyoming.

Finally, it would seem to me that any inspection of Rig 6 would be more valuable when it is assembled and operating. As I have advised you, the rig is under contract to drill wells in Mexico as soon as two weeks from now. I will certainly cooperate with counsel to inspect the rig Mexico rig in Mexico once it is assembled, and, if you wish, while it is operating.

Please do not hesitate to contact me with any questions, or, if you wish to discuss this by conference call with counsel for all parties present, I will set up such a call.

Very truly yours,

Russell D. Weaver