IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No.   08-cv-02750-MSK-KMT | FTR |
| Date:   June 01, 2009 | Debra Brown, Deputy Clerk |
| XTREME COIL DRILLING CORPORATION | Russell D. Weaver |
| Plaintiffs. | |
| v. | |
| EnCANA OIL & GAS (USA), INC.<br>KOBELT MANUFACTURING, LTD.<br>1297835 ALBERTA LTD. (Incorrectly named MAYCO INDUSTRIES GROUP and MAYCO INDUSTRIAL GROUP) | John Clough<br>Paul Joseph Lopach<br>Richard Waltz<br>Mary Alice Wells<br>Adam O'Brien |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**

**Court in Session: 8:59 a.m.**

Court calls case.  Appearance of counsel. Also present is Andi Defield, an Intern with Wells, Anderson & Race, LLC.

Defendant's "MOTION for Protective Order" [Document #39, filed April 21, 2009] at issue.

Statements by the Court concerning the relocation of "Rig 6" to Poza Rica, Veracruz, Mexico from Pharr, Texas.
Statements by Mr. Weaver.
Objections by Ms. Wells and Mr. Waltz. The Court declines to certify the matter to the District Court as contempt.

**ORDERED:**   Defendant's "MOTION for Protective Order" [Document #39, filed April 21, 2009] is **GRANTED**. Ms. Wells shall submit an amended proposed Protective Order on or before June 03, 2009.

**ORDERED:**   Plaintiff shall be responsible for expenses in excess of the expenses which would have been expended if the equipment had remained in Pharr, Texas for Defendants and their experts to inspect "Rig 6".  This includes attorney time and expert witness time. Defendants will provide Plaintiff documentation of excess fees and expenses incurred. The court expects the Plaintiff to fund reasonable excess expenses without further Court intervention.

**ORDERED:**   On or before June 04, 2009, Plaintiff shall file a Motion to Amend the Complaint and a proposed amended complaint. Responses and replies are due pursuant to Local Rules.

**Court in recess: 9:19 a.m.**
Total In-Court Time 0:20; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.