IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02750–MSK–KMT

XTREME COIL DRILLING CORPORATION,

    Plaintiff,

v.

ENCANA OIL & GAS (USA), INC.
PACIFIC RIM ENGINEERED PRODUCTS (1987), LTD.,
KOBELT MANUFACTURING, LTD., and
MAYCO INDUSTRIES GROUP,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Motion of Defendant Pacific Rim Engineered Products (1987), Ltd for Leave to Designate Non Parties at Fault" (# 55, filed June 8, 2009) is GRANTED. The Clerk of Court is directed to file "Defendant Pacific Rim Engineered Products (1987), Ltd's Designation of Non Parties at Fault," heretofore attached to the motion as Exhibit A (# 55-2).

The "Unopposed Motion for Joinder in Defendant Pacific Rim Engineered Products (1987), Ltd's Unopposed Motion for Leave to Designate Non Parties at Fault" (# 57, filed June 11, 2009) is GRANTED. The Clerk of Court is directed to file the "Designation of Non Parties at Fault," heretofore attached to the motion as Exhibit A (# 57-2).

The "Unopposed Motion for Leave to Amend Answer" (# 56, filed June 11, 2009) is GRANTED. The Clerk of Court is directed to file the "Amended Answer to Complaint," heretofore attached to the motion as Exhibit A (# 56-2).

Dated: June 16, 2009