IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02750–MSK–KMT

XTREME COIL DRILLING CORPORATION,

    Plaintiff,

v.

ENCANA OIL & GAS (USA), INC.
PACIFIC RIM ENGINEERED PRODUCTS (1987) LTD.,
KOBELT MANUFACTURING, LTD., and
1297835 ALBERTA LTD. d/b/a MAYCO INDUSTRIES GROUP,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant Encana Oil & Gas (USA) Inc.'s Unopposed Motion to Amend Answer to Plaintiff's First Amended Complaint" (Doc. No. 90, filed January 8, 2010) is GRANTED. The Clerk of Court shall file the Amended Answer, attached to the motion as Exhibit A.

Dated: January 12, 2010