IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02750-MSK-KMT

XTREME COIL DRILLING CORPORATION,

        Plaintiff,

v.

ENCANA OIL & GAS (USA), INC.;
PACIFIC RIM ENGINEERED PRODUCTS LTD.; and
1297835 ALBERTA LTD. doing business as Mayco Industries Group,

        Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Stipulated Motion for Dismiss With Prejudice of Defendant Kobelt Manufacturing Co. Ltd. (Motion) **(#94)** filed January 15, 2010.  The Court having read the Motion, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims against Defendant Kobelt Manufacturing Co. Ltd. are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.  All future captions shall so reflect.

DATED this 19th day of January, 2010.

                                **BY THE COURT:**

                                Marcia S. Krieger
                                United States District Judge