**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy:   Patricia Glover | Date: December 9, 2010 |
| Court Reporter:     Tracy Weir | |

Civil Action No. 08-cv-02750-MSK-KMT

| *Parties*: | *Counsel Appearing:* |
|---|---|
| XTREME COIL DRILLING CORPORATION, | Russell Weaver |
| | Erik Kristiansen |
| Plaintiff, | Laurin Quiat |

v.

| | |
|---|---|
| ENCANA OIL & GAS (USA), INC., ET AL., | Paul Lopach |
| PACIFIC RIM ENGINEERED PRODUCTS, LTD., and | Michael Hofmann |
| 1297835 ALBERTA LTD., d/b/a Mayco Industries Group, | Scott Regan |
| | Jeremy Swift |
| Defendants. | Adam O'Brien |

and

PACIFIC RIM ENGINEERED PRODUCTS, LTD., and
1297835 ALBERTA LTD., d/b/a Mayco Industries Group,

       Counterclaim Plaintiffs,

v.

XTREME COIL DRILLING CORPORATION,

       Counterclaim Defendant.

---

**COURTROOM MINUTES**

---

HEARING:   Rule 16

**2:16 p.m.     Court in session.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Oral findings and conclusions of law are made of record and incorporated herein.

The Court addresses Pacific's Motion for Entry of Judgment pursuant to Fed. R. Civ. P. 54(b) (**Doc. #152**)

No further argument.

**ORDER:** Pacific's Motion for Entry of Judgment (**Doc. #152**) is **GRANTED**. The Court will enter judgment in favor of Pacific.

The Court addresses Alberta's Motion for Attorney's Fees, (**Doc. #156**) and Plaintiff's Motion for Judgment on the Pleadings (**Doc. #160**)

No further argument.

**ORDER:** Alberta's motion for Attorney's Fees (**Doc. #156**) is **GRANTED in part**, insofar as the Court finds it appropriate to sanction Mr. Weaver pursuant to 28 U.S.C. § 1927 in the amount of $33,210.62, and **DENIED** in all other respects. The Plaintiff's Motion for Judgment on the Pleadings (**Doc. #160**) is **GRANTED**, insofar as the Court finds it unnecessary to address Alberta's "counterclaim" under state law. Mr. Weaver shall pay this sanction to Alberta within 30 days. If the amount remains unpaid after that date, the Court will entertain a request by Alberta for the entry of a money judgment personally against Mr. Weaver for the unpaid amount.

The Court addresses Mr. Weaver's Motion to Withdraw (**Doc. #164**).

No further argument.

**ORDER:** Mr. Weaver's Motion to Withdraw (**Doc. #164**) is **GRANTED.**

The Court addresses Plaintiff's Motion to Amend Complaint (**Doc. #167**).

Argument by counsel Kristiansen and Hofmann.

**ORDER:** Plaintiff's Motion to Amend Complaint (**Doc. #167**) is **DENIED**.

The Court addresses scheduling a final pretrial conference and trial.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**ORDER:**   Jury Trial is scheduled to commence **March 14, 2011 at 1:00 p.m.** through the remainder of the week.  All subsequent days of trial will begin at 8:30 a.m., unless counsel are notified otherwise.  Final Pretrial Conference is set on **March 1, 2011 at 10: 30 a.m.**, all in Courtroom A901, 901 19th Street, Denver, CO.  The proposed jury instructions will be filed on the same date as the proposed final pretrial order.

**2:59 p.m.**   Court in recess.

**Total Time:   43 minutes.**
**Hearing concluded.**