# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: February 1, 2012 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 08-cv-02750-MSK-KMT

| | |
|---|---|
| *Parties*: | *Counsel Appearing:* |
| XTREME COIL DRILLING COMPANY, | Laurin Quiat |
| | Cory Curtis |
| Plaintiff, | |
| v. | |
| ENCANA OIL & GAS (USA), INC., ET AL., | Paul Lopach |
| PACIFIC RIM ENGINEERED PRODUCTS, LTD., and | Steve Gurr |
| 1297835 ALBERTA LTD., d/b/a Mayco Industries Group, | |
| Defendants. | |

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

**9:12 a.m.    Court in session.**

Parties are present. Kyle Swingle and Brett Cole as representatives of plaintiff and Scott Regan as defendants' representative are present.

The Court addresses Plaintiff's Motion *In Limine* Regarding Allegedly Positive Drug Tests **(Doc. #184).**

No further argument.

**ORDER:**    Plaintiff's Motion *In Limine* Regarding Allegedly Positive Drug Tests **(Doc. #184)** is **DENIED** with leave to renew at time of trial.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Court addresses Plaintiff's Motion *In Limine* Regarding Product Liability Evidence **(Doc. #185).**

No further argument.

**ORDER:** Plaintiff's Motion *In Limine* Regarding Product Liability Evidence **(Doc. #185)** is **GRANTED in part and DENIED in part** as set forth in the record.

The Court addresses Plaintiff's Motion *In Limine* Regarding Defendant's Failure to Mitigate Affirmative Defense **(Doc. #186).**

Argument.

**ORDER:** Plaintiff's Motion *In Limine* Regarding Defendant's Failure to Mitigate Affirmative Defense **(Doc. #186)** is **DENIED** with leave to renew if appropriate.

The Court addresses Plaintiff's Motion *In Limine* Regarding Defenses of Setoff, etc **(Doc. #187).**

Argument.

**ORDER:** Plaintiff's Motion *In Limine* Regarding Defenses of Setoff, etc **(Doc. #187)** is **DENIED.**

The Court addresses Defendant's Motion *In Limine* to Exclude Evidence of Plaintiff's "Fire Resistant Clothing" Invoices **(Doc. #188).**

Argument.

**ORDER:** Defendant's Motion *In Limine* to Exclude Evidence of Plaintiff's "Fire Resistant Clothing" Invoices **(Doc. #188)** is **DENIED** with leave to renew at time of trial.

The Court addresses Defendant's Motion *In Limine* to Exclude Evidence of Plaintiff's Rate Revision Invoices **(Doc. #191).**

Argument.

**ORDER:** Defendant's Motion *In Limine* to Exclude Evidence of Plaintiff's Rate Revision Invoices **(Doc. #191)** is **DENIED as moot.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

The Court addresses time needed for trial.

Review of the proposed final pretrial order - matters addressed:

>Claims
>Defenses
>Stipulated Facts
>Witness List
>Exhibit List
>Anticipated motions
>Trial length, trial process, technology training, evidentiary issues and any questions posed by counsel.

**ORDER:**     Pertinent to trial process: The trial will be set for five (5) days to a jury. The parties will be allotted 10.5 hours per side to use however they wish (openings/closings, presentation of evidence). The time will be tracked by the Courtroom Deputy on the chess clock.

The Court addresses setting the matter for trial.

**10:13 a.m.**     **Court in recess**
**10:22 a.m.**     **Court in session**

**ORDER**:     Jury trial (5 days) is set **September 10, 2012 at 9:00 a.m.,** in Courtroom A901, 901 19th Street, Denver, Co. The trial will not be continued for any reason.

**ORDER:**     The proposed Final Pretrial Order **(Doc. # 217)** is **APPROVED**. Proposed *voir dire* will be filed by **March 2, 2012.** No further motions will be filed prior to trial.

**10:25 a.m.**     **Court in recess.**

**Total Time:   1 hour 4 minutes.**
**Hearing concluded.**